U.S. DISTRICT JUDGE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CYNTHIA JOHNSTONBAUGH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Civil No. 2:24-cv-00826-TL<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including December 4, 2024, to file a response to Plaintiff's Opening Brief; and

Page 1    ORDER – [2:24-cv-00826-TL]

- Plaintiff shall have up to and including December 18, 2024, to file the optional Reply Brief.

DATED this 16th day of October, 2024.

TANA LIN
United States District Judge

Presented by:

/s/ Rami M. Vanegas
RAMI M. VANEGAS
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Social Security Administration
Office of the General Counsel
6401 Security Blvd.
Baltimore, MD 21235
rami.vanegas@ssa.gov